# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORGE L. CONCEPCION,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVL ACTION NO. 21-CV-1060** |
| | : | |
| **KYLE A. RUSSELL,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 21st day of June, 2021, upon consideration of Plaintiff Jorge Concepcion's Amended Complaint (ECF No. 10) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons in the Court's Memorandum as follows:

    a. Concepcion's claims for deliberate indifference to his serious medical needs are **DISMISSED WITHOUT PREJUDICE** to him proceeding in Civil Action Number 21-274; and

    b. The balance of Concepcion's claims is **DISMISSED WITH PREJUDICE.**

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, J.**

O:\CIVIL 21\21-1060 Concepcion v Russell\21cv1060 Order 6.21.docx